■

COM.

v.

COFFEE, T.

54 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0010364–2013
(Philadelphia)

Affirmed

■

COM.

v.

COFFEE, T.

57 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0010362–2013
(Philadelphia)

Affirmed

■

COM.

v.

COFFEE, T.

56 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0010393–2013
(Philadelphia)

Affirmed

■

COM.

v.

COFFEE, T.

58 EDA 2016

Superior Court of Pennsylvania.

5/16/2017

CP–51–CR–0010379–2013
(Philadelphia)

Affirmed